IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LESTER DUVA MCDAUGHTERY,** )<br>)<br>Plaintiff, )<br>)<br>V.  )<br>)<br>**TIMMONS, et al.,** )<br>)<br>Defendants. ) | Civil No.  **04-778-MJR** |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion for summary judgment and proposed compromise **(Doc. 9)**, as well as his motion to compel the defendants to respond to the motion for summary judgment **(Doc. 10)**.

Today, the case cleared the threshold review in accordance with 28 U.S.C. § 1915A, and the defendants have yet to be served.  Federal Rule of Civil procedure 56(a) dictates that a plaintiff cannot move for summary judgment any earlier than 20 days after commencement of the action.  Plaintiff's motions are premature.

**IT IS THEREFORE ORDERED** that plaintiff's motion for summary judgment **(Doc. 9)** and his motion to compel the defendants to respond to that motion **(Doc. 10)** are both **STRICKEN**.

**DATE: February 23, 2006**

  s/ Clifford J. Proud  
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**